

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-18-00548-CV

Thomas Michael **TOWNSEND**, Sr., TMT Management, LLC, and Townsend Mineral
Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

The Appellee's Unopposed Second Motion for Extension of Time to File Brief is
GRANTED. The appellee's brief is due July 17, 2019. No further extensions will be granted
absent extenuating circumstances.

_____
Rebeca C. Martinez

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 17th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court